UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILIPPE NYC I LLC and PHILIPPE IP LLC,<br><br>       Plaintiffs,<br><br>  -against-<br><br>PHILIPPE WEST COAST, LLC, IMANI RESTAURANT GROUP, INC., IMANI HALLEY and YOLANDA HALLEY,<br><br>       Defendants | Case No. 14 CV 9858<br><br><br><br><br><br>**MOTION TO SET ASIDE<br>ENTRY OF DEFAULT** |

  COMES NOW Philippe West Coast, LLC, Imani Restaurant Group, Inc. Imani Halley and Yolanda Halley (hereafter, the "Defendants") in the above-captioned action, and pursuant to Federal Rule of Civil Procedure 55(c), moves the Court to set aside the entry of default. In support of the instant Motion, Defendants rely upon its contemporaneously filed Memorandum of Law, all exhibits thereto, and all matters of record in the above-captioned matter.

Respectfully Submitted, this 8th day of February, 2015.


 */s/ James E. McMillan*
James E. McMillan, Esq.
James E. McMillan, P.C.
1 Little West 12th Street
New York, New York 10014
Tel: (212) 986-6262
Fax: (212) 813-3212